Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Willis,<br><br>                Plaintiff,<br><br>       v.<br><br>Greater Nevada Credit Union; Experian Information Solutions, Inc.; Equifax Information Services, LLC; and Trans Union LLC,<br><br>                Defendants. | Case No. 2:21-cv-00338-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed: February 26, 2021 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Anthony Willis ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on February 26, 2021. (ECF No. 1). Experian was served on March 10, 2021, making Experian's response due March 31, 2021. Plaintiff and Experian stipulate and agree that Experian's time to answer or otherwise plead shall be extended 21 days, up to and including April 21, 2021, so that Experian may investigate the allegations of the Complaint and prepare an appropriate response.

This is Experian's first request for an extension of time to respond to the Complaint. This extension is sought in good faith and not for the purposes of delay. Neither party will be prejudiced by this extension.

**IT IS SO STIPULATED.**

DATED this 23rd day of March 2021.    NAYLOR & BRASTER

By: */s/ Andrew J. Sharples*
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866)
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

DATED this 23rd day of March 2021.    PRICE LAW GROUP, APC

By: */s/ Steven A. Alpert*
Steven A. Alpert (NBN 8353)
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, Nevada 89118

*Attorney for Plaintiff Anthony Willis*

**IT IS SO ORDERED.**

DATED this 24th day of March, 2021.

UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 2